UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF:
Shelia S Woods     CASE NO. 17-81516-CRJ-13

CHAPTER 13

SSN XXX-XX-1669

DEBTOR

**TRUSTEE'S MOTION TO DISMISS**

COMES NOW, Michael Ford, the Trustee in the above styled case, and states:

1) The Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on May 17, 2017 with the first plan payment due June 16, 2017. The Debtor failed to commence plan payments and is currently in default $1,170 through June 2017.

2) The Debtor's Plan provides for the surrender of a 2013 Hyundai Sonata securing a debt owed to Crescent Bank and Trust. Crescent Bank and Trust filed a secured claim in the amount of $14,244.87 with interest rate of 20.50% and designated as claim #6 by the Court's Claim Register. The Debtor filed an Objection to Claim to disallow claim filed by Crescent Bank and Trust on June 9, 2017 including 30 days negative notice.

3) The Plan does not comply with § 1322(a)(3). The proposed Plan does not properly address the secured claim filed by American Credit Acceptance in the amount of $23,648.19 with interest rate of 28% and designated as claim #1 by the Court's Claim Register. The Debtor filed an Objection to Claim filed by American Credit Acceptance on June 9, 2017 including 30 days negative notice.

4) The proposed Plan does not properly address the secured claim filed by W.S. Badcock Corporation in the amount of $3,060.05 with interest rate of 21% and designated as claim #4 by the Court's Claim Register. The Debtor filed an Objection to Claim filed by W.S. Badcock Corporation on June 9, 2017 including 30 days negative notice.

WHEREFORE, the Trustee moves that the subject case be dismissed.

Done this 23rd day of June, 2017.

/s/ Michael Ford
Michael Ford, Trustee
P.O. Box 2388
Decatur, AL 35602-2388
256-350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2017, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Shelia S Woods

13160 Arbors Ridge Road
Madison, AL  35756

STEPHEN G CAMPBELL
ATTORNEY AT LAW
PO BOX 708
ATHENS, AL  35612-0708

/s/ Michael Ford
Michael Ford, Trustee